JOHN N. GRAVILLE, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

(Argued October 28, 1887; decided November 29, 1887.)

*C. D. Prescott* for appellant.

*Louis Marshall* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.